

FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0492

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0492

PARK COUNTY ENVIRONMENTAL COUNCIL
and GREATER YELLOWSTONE COALITION,

Plaintiffs and Appellees,

v.

MONTANA DEPARTMENT OF ENVIRONMENTAL
QUALITY and LUCKY MINERALS, INC.,

Defendants and Appellants,

and

STATE OF MONTANA, by and through the
Office of the Attorney General,

Intervenor and Appellant.

FILED

MAY 19 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Having considered the parties' briefs and reviewed the record in this matter, the Court requests supplemental briefing on the following questions:

Does the Congressional withdrawal of federal lands in the Emigrant Crevice Area require the District Court to reconsider its order in 2018 granting summary judgment?

Does the withdrawal require DEQ to conduct a new MEPA analysis taking into consideration the actions of the United States Congress?

How does the withdrawal impact Lucky's ability to conduct road improvements to allow access of its mining equipment, given that such improvements would take place on Forest Service roads within the withdrawal area?

IT IS HEREBY ORDERED that the parties are directed to file simultaneous supplemental briefs within thirty days of the date of this Order addressing the issues set forth above. Each party's brief shall be limited to 5,000 words.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this 19th day of May, 2020.

For the Court,

By _____

Chief Justice